3028763-LAS/DPW

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCIA MARAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| vs. | ) | |
| | ) | |
| HIGHLAND PARK CVS, L.L.C. d/b/a | ) | Formerly Circuit Court of Cook |
| CVS/PHARMACY #8698, AMERICAN | ) | County, Illinois Case No. 15 L 006070 |
| BOTTLING COMPANY, INC., and | ) | |
| DR. PEPPER SNAPPLE GROUP INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants THE AMERICAN BOTTLING COMPANY ("ABC") and DR. PEPPER SNAPPLE GROUP, INC. ("DPSG"), by and through their attorneys, SmithAmundsen LLC, and with the consent of Defendant HIGHLAND PARK CVS, L.L.C. d/b/a CVS/PHARMACY #8698 ("CVS"), hereby remove Case No. 15 L 006070 from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as grounds for its removal, Defendant ABC states as follows:

### STATEMENT OF THE CASE

1. On June 15, 2015, Plaintiff Marcia Maras filed a Complaint in the Circuit Court of Cook County, Illinois, styled *Marcia Maras v. Highland Park CVS, L.L.C. d/b/a CVS/Pharmacy #8698*, Case No. 15 L 006070. A copy of the Original Complaint is attached as **Exhibit A**.

2. The Original Complaint alleged that Plaintiff sustained injuries and incurred damages in excess of $50,000 as a result of CVS's negligence in maintaining a crate tower of stacked 2-Liter soda bottles. *See* **Ex. A**.

3.      On August 14, 2015, CVS filed an Appearance and Jury Demand, attached hereto as **Exhibit B**.

4.      CVS filed its Answer to Plaintiff's Complaint on August 31, 2015. A copy of CVS's Answer is attached as **Exhibit C**.

5.      On January 20, 2016, Plaintiff filed an Amended Complaint at Law, naming Dr. Pepper/Seven Up, Inc. and DPSG as additional defendants. A copy of the Amended Complaint is attached as **Exhibit D**.

6.      The Amended Complaint adds two additional counts of negligence against Dr. Pepper/Seven Up, Inc. and DPSG, individually, alleging that each entity committed the same negligent acts or omissions as CVS. Accordingly, Plaintiff's Amended Complaint alleges a total of at least $150,000 in damages as a result of the three named Defendants' separate acts of negligence. *See* **Ex. D**.

7.      Dr. Pepper/Seven Up, Inc. accepted service of process on January 22, 2016. *See* **Exhibit E**.

8.      On March 1, 2016, the undersigned filed an Appearance on behalf of Defendant ABC, incorrectly sued as "Dr. Pepper/Seven Up, Inc." and "Dr. Pepper Snapple Group Inc." *See* **Exhibit F**.

9.      On March 14, 2016, the Circuit Court of Cook County granted Plaintiff's Motion to Voluntarily Dismiss Without Prejudice Defendant Dr. Pepper/Seven Up, Inc. *See* **Exhibit G**. The State Court also granted Plaintiff leave to file its Second Amended Complaint to resolve the misnomer. *Id.*

10.      On March 21, 2016, Plaintiff filed its Second Amended Complaint, naming ABC as a Defendant. A copy of the Second Amended Complaint is attached as **Exhibit H**.

11.     The Second Amended Complaint alleges a separate count of negligence against CVS, ABC and DPSG, respectively. *See* **Ex. H**. Plaintiff's Second Amended Complaint alleges a total of at least $150,000 in damages. *Id.* **Ex. H**.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(A)

12.     This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants, CVS, ABC and DPSG, and more than $75,000 is at stake.

13.     Upon information and belief, Plaintiff is a citizen of the State of Illinois and her place of residence is located in Cook County, Illinois. *See* Plaintiff's Ans. to CVS's Rule 213(f) Interrogs. at 1, Ans. to ¶ 2, attached as **Exhibit I**.

14.     Defendant CVS is not a citizen of Illinois because it is a limited liability corporation incorporated under the laws of the State of Rhode Island with its principal place of business in Woonsocket, Rhode Island.

15.     Defendant ABC is not a citizen of Illinois because it was incorporated under the laws of the State of Texas and maintains its principal place of business in Plano, Texas.

16.     Defendant DPSG is not a citizen of Illinois because it was incorporated under the laws of the State of Delaware and maintains its principal place of business in Plano, Texas.

17.     Accordingly, there is complete diversity between Plaintiff and the Defendants in this action. *See* 28 U.S.C. § 1441(b)(2).

18.     In her Second Amended Complaint, Plaintiff alleges damages of at least $150,000. *See* **Ex. H**. As such, well over $75,000 is in controversy in this matter and the jurisdictional threshold set forth in 28 U.S.C. § 1332(a) is satisfied.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

19.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon the Defendants in the State Court Action are being filed along with this Notice of Removal. *See* **Exs. A–J.**

20.     This Notice of Removal has been filed within thirty days of the date that Defendant ABC, incorrectly sued as "Dr. Pepper/Seven Up" and "Dr. Pepper Snapple Group Inc.," received service of process through DPSG on March 2, 2016. *See* 28 U.S.C. § 1446(b)(2)(C); *Save-A-Life Found., Inc. v. Heimlich*, 601 F. Supp. 2d 1005, 1009 (N.D. Ill. 2009) (holding "each defendant in a case is entitled to remove an action from state to federal court, regardless of whether earlier-served defendants declined to do so, so long as all defendants consent to removal").

21.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Northern District of Illinois is the federal judicial district embracing the Circuit Court of Cook County, Illinois, where Plaintiff originally filed her State Court Action, Case No. 15 L 006070.

**CONCLUSION**

By this Notice of Removal, Defendants THE AMERICAN BOTTLING COMPANY and DR. PEPPER SNAPPLE GROUP, INC. do not waive any objections they may have as to service, jurisdiction or venue, or any other objections they may have to this action. Defendants intend no admission of fact, law, or liability by this Notice of Removal and expressly reserve all defenses, motions, and/or pleas available to each of them.

WHEREFORE, Defendants THE AMERICAN BOTTLING COMPANY and DR. PEPPER SNAPPLE GROUP, INC. with the consent of Defendant HIGHLAND PARK CVS, L.L.C. d/b/a CVS/PHARMACY #8698, pray that this action be removed from the Circuit Court of

Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

**On behalf of Defendants The American Bottling Company and Dr. Pepper Snapple Group, Inc.**

By:/s/Larry Schechtman
Attorneys for Defendant
Larry Schechtman-6186118
Darren P. Grady-6289608
Danessa P. Watkins-6314234
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200
lschechtman@salawus.com
dgrady@salawus.com
dwatkins@salawus.com

With approval,

**On behalf of Defendant Highland Park CVS, L.L.C. d/b/a CVS/Pharmacy #8698**

By:/s/ Mollie E. O'Brien
Attorneys for Defendant
Richard W. Lenkov
Mollie E. O'Brien
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street
Suite 2700
Chicago, Illinois 60601
(312) 377-1501 (Office)
rlenkov@bdlfirm.com
mobrien@bdlfirm.com

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746 and Local Rule 5.5, that the following described documents were served by facsimile and by placing said documents in an envelope properly addressed as stated below and deposited in the U.S. Mail at 150 N. Michigan Avenue, Chicago, Illinois at or prior to the hour of 5:00 p.m. on March 25, 2016:

| | |
|---|---|
| Richard L. Pullano | Richard W. Lenkov |
| Mathew T. Siporin | Mollie E. O'Brien |
| David A. Bogaerts | BRYCE DOWNEY & LENKOV LLC |
| PULLANO LAW OFFICES | 200 North LaSalle Street |
| 30 North LaSalle Street | Suite 2700 |
| Suite 2950 | Chicago, Illinois 60601 |
| Chicago, Illinois   60602 | |

SMITHAMUNDSEN LLC
/s/ Larry Schechtman

Larry Schechtman-6186118
Danessa P. Watkins-6314234
SMITHAMUNDSEN LLC
150 North Michigan Avenue-Suite 3300
Chicago, Illinois   60601
(312) 894-3200