3028763-LAS/DPW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCIA MARAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | |
| HIGHLAND PARK CVS, L.L.C. d/b/a ) | Formerly Circuit Court of Cook |
| CVS/PHARMACY #8698, AMERICAN ) | County, Illinois Case No. 15 L 006070 |
| BOTTLING COMPANY, INC., and ) | |
| DR. PEPPER SNAPPLE GROUP INC., ) | |
| ) | |
| Defendants. ) | |

## APPENDIX
## LIST OF EXHIBITS ATTACHED TO NOTICE OF REMOVAL

| EXHIBIT | DESCRIPTION OF DOCUMENT |
|---|---|
| A | Original Complaint |
| B | Appearance and Jury Demand on behalf of Defendant CVS's |
| C | Defendant CVS's Answer to Original Complaint |
| D | Amended Complaint |
| E | Service of Process and Summons for Dr. Pepper Snapple Group, Inc. |
| F | Appearance on behalf of Defendant The American Bottling Company |
| G | State Court Order, Mar. 14, 2016 |
| H | Second Amended Complaint |
| I | Plaintiff's Answers to CVS's Rule 213(f) Interrogatories |
| Group J | All Additional State Court Orders |