# EXHIBIT A

ELECTRONICALLY FILED
6/15/2015 3:41 PM
2015-L-006070
CALENDAR: D
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MARCIA MARAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: |
| | ) | |
| HIGHLAND PARK CVS, L.L.C. d/b/a | ) | *Plaintiff Demands a Trial by Jury* |
| CVS/PHARMACY #8698 | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Plaintiff, MARCIA MARAS, by and through her attorneys, PULLANO LAW OFFICES, complaining of the Defendant, HIGHLAND PARK CVS, L.L.C. d/b/a CVS/PHARMACY #8698 (hereinafter "CVS"), states as follows:

1.    On and before, May 22, 2015, CVS was a pharmacy and/or store engaged in the business of selling a variety of goods, including but not limited to soda.

2.    On and before May 22, 2015, CVS owned, operated, managed, maintained and controlled CVS store #8698 located at or near 1165 N. Clark Street in the City of Chicago, County of Cook and State of Illinois.

3.    On and before May 22, 2015, crates of 2-liter bottles of soda were stacked on top of one another (hereinafter referred to as the "crate tower") inside CVS store #8698.

4.    On and before May 22, 2015, the aforementioned soda bottles that were stacked on the crate tower were for sale to customers.

5.    On or about May 22, 2015, at approximately 2:45 pm, Plaintiff, MARCIA MARAS, was a customer lawfully present at CVS store #8698.

6.    At the aforesaid time and place Plaintiff, MARCIA MARAS, removed a 2-liter soda bottle stacked at the top of the crate tower located inside CVS store #8698.

7.    At the aforesaid time and place, the crate located on the top of the crate tower fell and struck the Plaintiff, MARCIA MARAS, causing a severe injury.

8.    On and before May 22, 2015, it was the duty of CVS to maintain the aforesaid premises in a reasonably safe condition so as to avoid injury to customers, including the Plaintiff, MARCIA MARAS.

9.    On May 22, 2015, CVS was negligent in one or more of the following respects:

    a.    Negligently stacked the crate tower too high;

    b.    Negligently stacked 2-liter soda bottles on top of plastic crates that Defendant knew or should have known was unstable;

    c.    Negligently inspected the crate tower to ensure it was in a stable condition;

    d.    Negligently monitored the crate tower when Defendant knew or should have known that customers would remove bottles of soda from the crate tower creating an unstable condition.

    e.    Negligently failed to warn customers that the crate tower was unstable; and

    f.    Was otherwise negligent.

10.    As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of CVS, Plaintiff, MARCIA MARAS, sustained injuries of a personal and pecuniary nature.

11.    As a result of one or more of the foregoing negligent acts or omissions of Defendant, CVS, Plaintiff, MARCIA MARAS, has incurred and will incur substantial financial loss including, but not limited to medical expenses and loss of income.

ELECTRONICALLY FILED
6/15/2015 3:41 PM
2015-L-006070
PAGE 2 of 5

WHEREFORE, Plaintiff, MARCIA MARAS, demands judgment against HIGHLAND

PARK, L.L.C. d/b/a CVS/PHARMACY #8698 for a sum in excess of FIFTY THOUSAND

DOLLARS ($50,000.00).

Respectfully submitted,
LAW OFFICES OF RICHARD L. PULLANO, PC

By: _____
Richard L. Pullano, one of Plaintiff's
Attorneys

Richard L. Pullano
Mathew T. Siporin
David A. Bogaerts
Pullano Law Offices
30 N. LaSalle Street, Suite 2950
Chicago, Illinois 60602
(312) 551-1100
Firm I.D. Number: 36260

ELECTRONICALLY FILED
6/15/2015 3:41 PM
2015-L-006070
PAGE 3 of 5