IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA MARAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 16 CV 03609 |
| ) | Judge Gary Feinerman |
| HIGHLAND PARK CVS, LLC, d/b/a ) | |
| CVS/PHARMACY #8698; AMERICAN ) | |
| BOTTLING COMPANY, INC.; and ) | |
| DR. PEPPER SNAPPLE GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this suit that the above-captioned case be voluntarily dismissed with prejudice and without costs to any party, all claims, including and counterclaims or claims for fees or costs having been compromised and settled.

MARCIA MARAS

By: _____
One of Plaintiff's attorneys

Matthew Siporin
Pullano Law Offices
30 North LaSalle St. Suite 2950
Chicago, IL 60601
312-551-1100
I.D.#36260

HIGHLAND PARK CVS, LLC, d/b/a
CVS/PHARMACY #8698

By: _____
One of Their Attorneys

Rich Lenkov (ARDC #6231079)
Bryce Downey & Lenkov LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
312-377-1501
I.D.#45609
rlenkov@bdlfirm.com

AMERICAN BOTTLING COMPANY, INC. and
DR. PEPPER SNAPPLE GROUP, INC.

By: _____
One of Their Attorneys

Larry Schechtman (ARDC #6186118)
Darren P. Grady (ARDC #6289608)
SMITHAMUNDSEN LLC
150 N. Michigan Ave. Suite 3300
Chicago, IL 60601
312-894-3200

{01376252.DOC / }